IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00156-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARNELL WILLIAM KING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's pro se motions seeking "a full transcript of the grand jury testimony." DE 29, 31. On June 3, 2024, Elisa Cyre Salmon entered an appearance as counsel for Defendant, and she has represented him in person during at least one court setting since that time. DE 14, 24. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Thus, the motions are DENIED WITHOUT PREJUDICE to the Defendant, should his counsel determine to seek the same relief on his behalf.

SO ORDERED this 26th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE