IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00156-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARNELL WILLIAM KING, | ) | |
| | ) | |
| Defendant. | ) | |

These matters come before the court on several handwritten documents filed pro se by the Defendant in this case. The court has construed some of these documents as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (DE 34), a memorandum in support of the petition (DE 36), and a request for appointment of counsel to assist with the § 2241 petition (DE 34-1). Defendant cannot pursue such relief in the instant criminal case, but must do so in a separate action. *See* Local Civil Rule 81.2.

Accordingly, the motions (DE 34) are DENIED without prejudice. The Clerk of Court is DIRECTED to open a new § 2241 action on behalf of Defendant using the motions at docket entry 34 and 34-1 and the accompanying memorandum at docket entry 36.

SO ORDERED this 17th day of October, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE