IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00156-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARNELL WILLIAM KING, | ) | |
| | ) | |
| Defendant. | ) | |

These matters come before the court on the Defendant's pro se motions seeking "disclosures under Brady/Giglio, etc." and "an early presentence report." DE 65, 66. On June 3, 2024, Elisa Cyre Salmon entered an appearance as counsel for Defendant, and she has represented him since then, including in person during at least three court settings. DE 14, 24, 44, 61. For the second time, the court advises Defendant that it is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Thus, the motions are DENIED WITHOUT PREJUDICE to the Defendant, should his counsel determine to seek the same relief on his behalf.

SO ORDERED this 4th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE