IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00156-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARNELL WILLIAM KING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's pro se motion seeking "return of personal property." DE 87. On June 3, 2024, Elisa Cyre Salmon entered an appearance as counsel for Defendant, and she has represented him since then, including in person during at several court settings, including the day he dated his motion. DE 14, 24, 44, 61, 83. Again, the court advises Defendant that it is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Thus, the motion is DENIED WITHOUT PREJUDICE to the Defendant, should his counsel determine to seek the same relief on his behalf.

SO ORDERED this __16th__ day of July, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE