IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00156-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARNELL WILLIAM KING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's pro se motion seeking "reconsideration of bail." DE 94. The document is dated May 6, 2025, and was filed on July 24, 2025. *Id.* The court held Defendant's sentencing hearing on June 26, 2025, at which Defendant was sentenced, *inter alia*, to 70 months' imprisonment. DE 83, 84. Defendant has been represented by counsel throughout this action, including at the hearing and at the time he drafted the present motion. As it has done on several prior occasions, the court reminds Defendant that it is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Typically, the court would deny such pro se request without prejudice; however, given the posture of this case, the date of the document, and the requested relief, which seeks presentence release, the court finds the request moot and DENIES the motion.

SO ORDERED this 25th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE